UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


FILED
JUN 13 2013

******************************************************************

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-40059 |
| Plaintiff, | |
| vs. | ORDER |
| LUCAS GARCIA, | |
| Defendant. | |

******************************************************************

The Defendant Lucas Garcia having entered a plea of guilty before Magistrate Judge John E. Simko on June 6, 2013, and the Report and Recommendation to accept the plea having been issued, and if the Defendant desires to waive the 14-day period for objections to the Report and Recommendation, and if the Defendant desires to waive the minimum of 35 days from disclosure of the presentence report prior to sentencing pursuant to Rule 32(b)(6) of the Federal Rules of Criminal Procedure,

IT IS ORDERED:

1. That the sentencing of Defendant will be held on Monday, June 24, 2013, at 1:30 P.M., in Sioux Falls, South Dakota.

2. That the presentence report will be made available to counsel and the Defendant on or before June 17, 2013.

Dated this 13th day of June, 2013.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summer Wahl
DEPUTY